UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LAWRENCE CONNEALY, | ) | CASE NO.  05 B 31882 |
| COLLEEN CONNEALY, | ) | |
| | ) | |
| DEBTORS. | ) | HON.  A. BENJAMIN GOLDGAR. |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:** **Ilene F. Goldstein, Esq.**
**Law Office Of Ilene F. Goldstein**
**425 Hehl Road**
**Suite 16B**
**Northbrook, IL 60062**
**Registrant's e-mail: Ifgoldstein@aol.com**

**Please Take Notice** that on **June 18, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED: June 18, 2008          BY: /s/ Dean C. Harvalis
                              Dean C. Harvalis, Assistant U.S. Trustee
                              OFFICE OF THE U.S. TRUSTEE
                              219 South Dearborn Street, Room 873
                              CHICAGO, ILLINOIS  60604
                              (312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on June 18, 2008.

/s/ Dean C. Harvalis