**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>CONNEALY, LAWRENCE P<br>CONNEALY, COLLEEN E.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-31882 ABG<br><br>JUDGE A. Benjamin Goldgar |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.
    At: U.S. BANKRUPTCY COURT sitting at the **Lakehurst Branch Court** located at **430 Lakehurst Road, Waukegan, Illinois** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar
    on: **July 18, 2008**
    at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | | |
|---|---|---:|
| a. | Receipts | $ 8,697.21 |
| b. | Disbursements | $ 4,669.58 |
| c. | Net Cash Available for Distribution | $ 4,027.63 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Fees) | 4,536.80 | $1,000.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Expenses) | 125.90 | | $60.00 |
| ILENE F. GOLDSTEIN (Trustee Fees) | 0.00 | $1,619.72 | |
| Jodi E. Gimbel,P.C. (Trustee's Accountant Fees) | 0.00 | $735.00 | |
| Jodi E. Gimbel,P.C. (Trustee's Accountant Expenses) | 0.00 | | $76.85 |
| | | | |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

6. Claims of general unsecured creditors in the amount $30,7545.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.75%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Sallie Mae Trust | $ 20,773.15 | $ 364.32 |
| 2 | Target National Bank (fka Retailers National Bank) | $ 4,022.97 | $ 70.56 |
| 4 | Discover Bank/Discover Financial Services | $ 5,430.40 | $ 95.24 |
| 5 | Aquila Inc | $ 338.93 | $ 5.94 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:NONE

| Dated: | **June 23, 2008** | | For the Court, |
|---|---|---|---|
| | | | |
| | | | |
| | | | By: **KENNETH S. GARDNER** |
| | | | Kenneth S. Gardner |
| | | | Clerk of the United States Bankruptcy Court |
| | | | 219 S. Dearborn Street; 7th Floor |
| | | | Chicago, IL  60604 |

Trustee:   ILENE F. GOLDSTEIN
Address:  Law Offices of Ilene F. Goldstein, Chartered
              850 Central Ave.
              Suite 200
              Highland Park, Illinois 60035
Telephone # (847) 926-9595