## UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>CONNEALY, LAWRENCE P<br>CONNEALY, COLLEEN E.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-31882 ABG<br><br>JUDGE A. Benjamin Goldgar |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.
   At: U.S. BANKRUPTCY COURT sitting at the **Lakehurst Branch Court** located at **430 Lakehurst Road, Waukegan, Illinois** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar
   on: **July 18, 2008**
   at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | | |
|---|---|---:|
| a. | Receipts | $ 8,697.21 |
| b. | Disbursements | $ 4,669.58 |
| c. | Net Cash Available for Distribution | $ 4,027.63 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 4,536.80 | $1,000.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 125.90 | | $60.00 |
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $1,619.72 | |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Fees) | 0.00 | $735.00 | |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Expenses) | 0.00 | | $76.85 |
| | | | |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

6. Claims of general unsecured creditors of $30,565.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.75%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 1 | Sallie Mae Trust | $ 20,773.15 | $ | 364.32 |
| 2 | Target National Bank (fka Retailers National Bank) | $ 4,022.97 | $ | 70.56 |
| 4 | Discover Bank/Discover Financial Services | $ 5,430.40 | $ | 95.24 |
| 5 | Aquila Inc | $ 338.93 | $ | 5.94 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:NONE

| Dated: | **June 23, 2008** | | For the Court, |
|---|---|---|---|
| | | | |
| | | | |
| | | | By: **KENNETH S. GARDNER** |
| | | | Kenneth S. Gardner |
| | | | Clerk of the United States Bankruptcy Court |
| | | | 219 S. Dearborn Street; 7th Floor |
| | | | Chicago, IL 60604 |

Trustee: ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave.
Suite 200
Highland Park, Illinois 60035
Telephone # (847) 926-9595

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2           Date Rcvd: Jun 23, 2008
Case: 05-31882                 Form ID: pdf002              Total Served: 39

The following entities were served by first class mail on Jun 25, 2008.
db          +Lawrence P Connealy,    334 Park Avenue,    2nd Floor,    Antioch, IL 60002-1557
jdb         +Colleen E Connealy,    334 Park Avenue,    2nd Floor,    Antioch, IL 60002-1557
aty         +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,    Suite 200,
              Highland Park, IL 60035-3278
aty         +James T Magee,    Magee Negele & Associates P C,    444 N Cedar Lake Rd,
              Round Lake, IL 60073-2802
tr          +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
              Highland Park, IL 60035-3278
9682324    ++++ANDREW CLARK,    1326 W 11TH ST,    GREGORY SD  57533-2008
             (address filed with court: Andrew Clark,     RR 5, Box 144E,    Gregory, SD 57533)
9682322     +Alegent Health,    Immanuel Medical Center,    2301 North 117th Avenue, #100,
              Omaha, NE 68164-3483
9682323     +American National Bank,    8990 West Dodge Road,    Omaha, NE 68114-3383
9682325     +Aquila Inc,    P. O. Box 11690,    Kansas City, MO 64138-0190
9682326      Bank of America,    P. O. Box 650260,    Dallas, TX 75265-0260
9682327      Capital One Services,    P. O. Box 85015,    Richmond, VA 23285-5015
9682328     +Centegra Northern IL Medical Ctr,    P. O. Box 1447,    Woodstock, IL 60098-1447
9682330      Good Shepherd Hospital,    c/o ICS Collection Service,    P. O. Box 646,    Oak Lawn, IL 60454-0646
9682332    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9682331     +Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 West Randolph Street,
              Chicago, IL 60601-3218
9682334    ++++KOLBECK NABITY & BOSSERT OB-GYN,    6829 N 72ND ST STE 5300,    OMAHA NE  68122-1727,
              Omaha, NE 68122-1744
             (address filed with court: Kolbeck Nabity & Bossert Ob-Gyn,    6828 North 72nd Street,
              Suite 5300,    Omaha, NE 68122-1744)
9682333     +Kay Erwin County Treasurer,    1555 Colfax Street,    Blair, NE 68008-2007
9682335      Lake Forest Hospital,    75 Remittance Drive,    Suite 1834,    Chicago, IL 60675-1834
10442965    +Lake Shore Orthopaedics,    Serafin M DeLeon M.D.,    350 South Greenleaf  Suite 405,
              Gurnee, IL 60031-5709
9682336     +Mark Graff,    28 West Grand Avenue,    Fox Lake, IL 60020-1224
9682337      Medical Health Financial Services,    10200 West Innovation Drive, #100,    P. O. Box 1996,
              Milwaukee, WI 53201-1996
9682338      Methodist Hospital,    P. O. Box 2797,    Omaha, NE 68103-2797
9682339      Moraine Emergency Physicians,    P. O. Box 8759,    Philadelphia, PA 19101-8759
9682340      Northwest Anesthesia, PC,    P. O. Box 31668,    Omaha, NE 68131-0668
9682342     +OPPD,    c/o General Service Bureau,    8429 Blondo Street,    Omaha, NE 68134-6207
9682341      Ocwen Federal Bank, FSB,    P. O. Box 24737,    West Palm Beach, FL 33416-4737
9682343      Parkside Magnetic Resonance,    c/o NCO Financial,    P. O. Box 41466,    Philadelphia, PA 19101
9682344      Providian,    P. O. Box 660487,    Dallas, TX 75266-0487
9682345      Sallie Mae,    P. O. Box 9500,    Wilkes Barre, PA 18773-9500
10588791    +Sallie Mae Trust,    c o Sallie Mae Inc,    220 Lasley Ave,    Wilkes Barre PA 18706-1496
9682346     +Sears Gold MasterCard,    P. O. Box 182156,    Columbus, OH 43218-2156
9682347     +State Farm Insurance,    P. O. Box 2314,    Bloomington, IL 61702
9682348     +Superior Ambulance,    c/o Alliance Asset Management,    330 Georgetown Square,
              Wood Dale, IL 60191-2752
9682349      Target,    P. O. Box 59317,    Minneapolis, MN 55459-0317
10589545    +Target National Bank (fka Retailers National Bank),    c/o Weinstein & Riley, P.S.,
              2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
9682350     +Two Rivers State Bank,    P. O. Box 550,    Blair, NE 68008-0550
9682351      University of Nebraska Medical Ctr.,    Business Service Center,    988095 Nebraska Medical Center,
              Omaha, NE 68198-8095

The following entities were served by electronic transmission on Jun 24, 2008.
9682329      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 24 2008 06:17:59     Discover,   P. O. Box 30395,
              Salt Lake City, UT 84130-0395
10598207     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 24 2008 06:17:59
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Jun 23, 2008
Case: 05-31882                 Form ID: pdf002          Total Served: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 25, 2008**                    **Signature:**       *Joseph Speetjens*